IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENESSEE

| | |
|---|---|
| VIVIAN OSWALD,<br><br>   Plaintiff,<br><br>v.<br><br>JEFFREY FANNON,<br><br>   Defendant. | Docket No. 1:23-CV-00087<br>JURY DEMAND |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

All matters between the parties have been resolved by way of compromise. These parties jointly request that the Court enter a final judgment order of dismissal with prejudice as to all claims brought by Plaintiff, Vivian Oswald, against Jeffrey Fannon in this matter.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that all claims brought by Plaintiff, Vivian Oswald, against Jeffrey Fannon are hereby dismissed with prejudice. The Plaintiff shall be responsible for satisfying any subrogation interests, including those of any medical provider, health insurance provider, and/or Medicaid (TennCare) and/or Medicare. No discretionary costs will be applied for or awarded, and court costs are taxed to Allstate Insurance Company, c/o Rainey, Kizer, Reviere, Bell, V. Grace Benitone Burnett, for which execution may issue.

Enter this the 17 day of Oct., 2023.

_____
JUDGE

APPROVED FOR ENTRY:

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: *V. Grace Benitone Burnett*
V. GRACE BENITONE BURNETT (BPR No. 040650)
*Attorney for Defendant*
424 Church Street, Suite 2230
Nashville, Tennessee 37219
(615) 613-0442
gbenitone@raineykizer.com


By: /s/ Matthew C. Hardin w/p V. Grace Benitone Burnett
Matthew C. Hardin, BPR #21505
W. Michael Kilgore, BPR #30429
MATT HARDIN LAW, PLLC
*Attorneys for Plaintiff*
207 23rd Avenue North
Nashville, TN 37203
(615) 200-1111 (Telephone)
michael@matthardinlaw.com