UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| VIVIAN OSWALD, | ) | |
| | ) | |
| Plaintiff, | ) | 1:23-CV-00087-DCLC-SKL |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY FANNON, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Consistent with the accompanying Agreed Order of Dismissal [Doc. 28], it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff Vivian Oswald's claims against Defendant Jeffrey Fannon are **DISMISSED WITH PREJUDICE**. Plaintiff shall be responsible for satisfying any subrogation interests. No discretionary costs will be applied for or awarded. And court costs are to be taxed to "Allstate Insurance Company, c/o Rainey, Kizier, Reviere, Bell, V. Grace Benitone Burnett" [Doc. 28, pg. 1]. The Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court